**Christine R. SIMPSON,**
**Plaintiff-Appellant,**

v.

**KELLY SERVICES,**
**INCORPORATED, Defendant-Appellee.**

**No. 16-60702**

United States Court of Appeals,
Fifth Circuit.

Filed May 17, 2017

Robert Nicholas Norris, Louis Hanner Watson, Jr., Esq., Watson & Norris, P.L.L.C., Jackson, MS, for Plaintiff-Appellant

Steven M. Potter, Rick J. Patterson, Potter, Deagostino, O'Dea & Patterson, Auburn Hills, MI, Amy C. Felder, Wilkins Patterson, P.A., Jackson, MS, for Defendant-Appellee

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Christine Simpson sued her former employer, Kelly Services, Incorporated ("Kelly"), claiming that her termination violated the Americans with Disabilities Act and the Family Medical Leave Act. The district court granted Kelly's motion for summary judgment based on judicial estoppel because Simpson had failed to disclose her claim against Kelly in her bankruptcy proceedings.

We have reviewed the briefs, the record, and the applicable law and have heard the arguments of counsel. The district court faithfully applied the requirements of *Love v. Tyson Foods, Inc.*, 677 F.3d 258 (5th Cir. 2012), regarding judicial estoppel, to these facts. In particular, the court explained why, under the applicable law, Simpson cannot reasonably contend that her failure to disclose was inadvertent.

The summary judgment is AFFIRMED, essentially for the reasons set forth in the district court's well-reasoned order entered on September 26, 2016.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.